of a fictitious person, and was not indorsed by the payee named in the check. The indorsement of said check by Hannah Maresca was a forgery, committed at the request of her son, the dishonest employee of Barstow & Co., at whose instance the check in question was issued to the fictitious payee, S. Maresca. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THE PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, Administrator, etc., of NICOLAUS STEIN or NIEVLAUS STEIN, Deceased.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WILLIAM EDGAR BAKER, Respondent, v. MARIAN LINDLEY DANA and Others, Defendants, Impleaded with ALAN G. BAKER, JR., and Others, Appellants.— Judgments and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LILLIAN CARNS, Respondent, v. THE CITY OF NEW YORK and GRAMAGLIA BROS., INC., Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOHN A. HARRISS, Respondent, v. J. FREDERIC TAMS, Defendant, Impleaded with CHARLES KING, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MARTIN OLTARSH, on Behalf of Himself and Other Stockholders Similarly Situated, Respondent, v. THE FINANCIAL CORPORATION (Formerly Known by the Name of UNGERLEIDER FINANCIAL CORPORATION) and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, Townley and Glennon, JJ.

VICTOR D. SOSKICE and MICHAEL V. KAY, Appellants, v. MORGAN BELMONT and Others, a Copartnership, etc., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of WILLIAM J. GARDNER, Respondent, v. ELMAT REALTY CORPORATION, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

D. S. STERN Co., INC., Respondent, v. ROYAL BANK OF CANADA, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BENJAMIN SCHILDER, Respondent, v. THE NEW YORK TELEGRAM, Appellant, Impleaded with Another. FRANK DI GIOVANNI, Respondent, v. MOTT BOARDING & LIVERY STABLES, INC., and Another, Defendants, Impleaded with THE NEW YORK TELEGRAM, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ELSIE ACKERLY, Appellant, v. JONAS GROSS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO KARSIN, Appel-